# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
■ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Sherra Gallimore    JOINT DEBTOR: _____    CASE NO.: 22-12836
SS#: xxx-xx- 0899    SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,972.41 for months 1 to 50 ;
2. $3,389.13 for months 51 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $3,525.00 | Total Paid: $615.00 | Balance Due: $2,910.00 |
|---|---|---|

Payable $48.50 /month (Months 1 to 60 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,525.00 Safe Harbor Attorney Fees and Costs (Bankruptcy)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS   ☐ NONE

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: SN Servicing Corporation

   Address: 323 Fifth Street
   Eureka, CA 95501

   Arrearage/ Payoff on Petition Date   $34,793.64
   Arrears Payment (Cure)   $579.90 /month (Months 1 to 60 )
   Regular Payment (Maintain)   $1,573.10 /month (Months 1 to 60 )

   Last 4 Digits of Account No.:   2681

Other: _____

■ **Real Property**                           Check one below for Real Property:
  ■ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1371 NW 207th Street
Miami, Florida 33169

☐ Personal Property/Vehicle

Description of Collateral: _____

---

**2. Creditor:** Miami-Dade County Tax Collector

   Address: 200 NW 2nd Avenue,    Arrearage/ Payoff on Petition Date   $3,734.33 X 18%=$5,690.80
            Miami, FL 33128        Payoff (Including 18.00% monthly interest)   $94.83   /month (Months  1  to  60 )

Last 4 Digits of
Account No.:   0001

Other: _____

■ **Real Property**                           Check one below for Real Property:
  ■ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1371 NW 207th Street
Miami, Florida 33169

☐ Personal Property/Vehicle

Description of Collateral: _____

---

**3. Creditor:** SN Servicing Corporation

   Address: 323 Fifth Street    Arrearage/ Payoff on Petition Date   $1,750.00
            Eureka, CA 95501    Payoff (Including 0% monthly interest)   $29.17   /month (Months  1  to  60 )

Last 4 Digits of
Account No.:   2601

Other: _____

■ **Real Property**                           Check one below for Real Property:
  ■ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1371 NW 207th Street
Miami, Florida 33169

☐ Personal Property/Vehicle

Description of Collateral: _____

---

**B. VALUATION OF COLLATERAL:**   ■ NONE

**C. LIEN AVOIDANCE**   ■ NONE

**D. SURRENDER OF COLLATERAL:**   ■ NONE

**E. DIRECT PAYMENTS**   ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): Sherra Gallimore                 Case number: 22-12836

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Dade County Federal Credit Union | L001 | 2017 Jaguar XI |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

      Total Due: $11,050.02       Total Payment: $11,050.02

      Payable: $184.17 /month (Months 1 to 60)

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   A. Pay $165.50 /month (Months 1 to 50)

      Pay $540.55 /month (Months 51 to 60)

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ☒ NONE

VI. **STUDENT LOAN PROGRAM** ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

   ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   _____ Date        _____ Joint Debtor   _____ Date
Sherra Gallimore

/S _____        10/15/2022
Attorney with permission to sign on         Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.